Edward E. EPPS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41608.

Missouri Court of Appeals, Western District.

Dec. 12, 1989.

Betsy A. Clarke, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).